# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>ERNESTO BARRERA, JR.<br>DEFENDANT(S). | CASE NUMBER<br>5:16-CR-00131-UA<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of  Defendant                         , IT IS ORDERED that a detention hearing is set for  Thursday, November 17, 2016        ,  2016       , at  2:00     ☐a.m. / ☒p.m. before the Honorable  KENLY KIYA KATO                     , in Courtroom  4     .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: November 14, 2016

KENLY KIYA KATO
U.S. Magistrate Judge